# Notice Recipients

District/Off: 0315−2     User: auto     Date Created: 8/2/2022
Case: 22−21478−GLT     Form ID: 309F2     Total: 12

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | ARG Media LLC | 5134 Kaitlyn Ct   Princeton Junction, NJ 08550 |
| ust | Office of the United States Trustee | Liberty Center.   1001 Liberty Avenue, Suite 970   Pittsburgh, PA 15222 |
| intp | Toorak Capital Partners, LLC | 900 W. 48th Place, Suite 900   Kansas City, MO 64112 |
| tr | Crystal H. Thornton−Illar | LEECHTISHMAN   525 William Penn Place   28th Floor   Pittsburgh, PA 15219 |
| aty | James T Shoemaker | Hourigan Kluger & Quinn PC   600 Third Avenue   Kingston, PA 18704 |
| aty | Larry E. Wahlquist | U.S. Trustee Program/Dept. of Justice   1001 Liberty Avenue   Suite 970   Pittsburgh, PA 15222 |
| aty | Lawrence W. Willis | Willis & Associates   201 Penn Center Blvd   Suite 310   Pittsburgh, PA 15235 |
| smg | Internal Revenue Service | Special Procedures Division   P.O. Box 628   Bankruptcy Section   Pittsburgh, PA 15230 |
| smg | Pennsylvania Department of Revenue | Bankruptcy Division   P.O. Box 280946   Harrisburg, PA 17128−0946 |
| smg | Pennsylvania Dept. of Revenue | Department 280946   P.O. Box 280946   ATTN: BANKRUPTCY DIVISION   Harrisburg, PA 17128−0946 |
| 15502014 | James Shoemaker | Hourigan Kluger & Quinn   600 Third Avenue   Kingston, PA 18704 |
| 15502015 | Toorak Capital Partners LLC | 12512 Collins Street   Valley Village, CA 91607 |

TOTAL: 12